UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21-6021 (DEA) |
| v. | : | Hon. Douglas E. Arpert |
| RICHARD N. EDWARDS, JR., a/k/a "Daddy Rich"; and JAMIL J. YASIN | : | SEALING ORDER |

RECEIVED MAR 2 9 2021 AT 11:50 AM WILLIAM T. WALSH, CLERK

This matter having come before the Court upon the application of the United States of America, by Rachael A. Honig, Acting United States Attorney (Ian D. Brater, Assistant United States Attorney, appearing) for an order sealing the complaint and related papers in this matter, and for good cause shown,

IT IS on this 29th day of March, 2021,

ORDERED that the complaint in this matter and all related papers, with the exception of the arrest warrants and copies thereof, be filed under seal, and they are hereby sealed until the arrest of the individuals named in the warrants or until further order of this Court.

HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE