UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD N. EDWARDS, JR. | Mag. No. 21-6021 (DEA)<br><br>**ORDER DENYING MOTION FOR PRETRIAL RELEASE** |

This matter having come before the Court by way of a motion by Defendant Richard N. Edwards, Jr. (Andrea D. Bergman, Esq., appearing) seeking an order pursuant to 18 U.S.C. § 3142 for pretrial release on the conditions specified in the application; and Ian D. Brater, Assistant United States Attorney, appearing for the Government, having opposed the motion; and the Court having heard and considered the application and arguments of the parties; and for the reasons set forth on the record and for good cause shown,

IT IS, on this 14th day of January, 2022,

ORDERED that Defendant's motion for pretrial release is hereby DENIED.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge